UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
MIAMI DIVISION
CASE NO.: 06-CR-20138-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MICHAEL SANFIEL
    Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35

THIS MATTER came before the Court by virtue of the Government's Motion for Reduction of Sentence Pursuant to Rule 35 (D.E. #118) filed on August 4, 2008. After careful review of the Motion and conducting a hearing on the Motion on August 20, 2008, it is hereby,

ORDERED AND ADJUDGED that the Government's Motion is GRANTED. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 220 months.

DONE AND ORDERED in chambers in Miami, Florida this ___ day of August, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: all counsel of record
    U.S. Marshal
    U.S. Probation